# United States Court of Appeals
**For The District of Columbia Circuit**
_____

**No. 23-3186**  **September Term, 2024**

**1:21-cr-00214-JDB-1**

**Filed On: October 28, 2024** [2082190]

United States of America,

    Appellee

  v.

Joseph Lino Padilla, also known as Jose Padilla,

    Appellant

### M A N D A T E

In accordance with the order of October 28, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                     BY:    /s/
                                                       Selena R. Gancasz
                                                       Deputy Clerk

Link to the order filed October 28, 2024